FILED
CLERK, U.S. DISTRICT COURT

APR 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PECHICKJIAN,<br><br>        Petitioner,<br><br>   v.<br><br>JAMES HALL, Warden,<br><br>        Respondent. | No. CV 02-7316-RSWL (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant Petition along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de</u> <u>novo</u> determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.

IT IS ORDERED that a Judgment be issued denying the instant Petition and dismissing the action with prejudice.

///

///

///

///

1 | IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2 | this Order and the Judgment of this date on Petitioner and counsel for Respondent.
3
4 | DATED: April 10, 2008                                   RONALD S.W. LEW

_____
RONALD S.W. LEW
United States District Judge