1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

APR 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

8      UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA

10

11   RICHARD PECHICKJIAN,                )        No. CV 02-7316-RSWL (JWJ)

12              Petitioner,               )

13        v.                              )        JUDGMENT

14   JAMES HALL, Warden,                  )

15              Respondent.               )

16                                        )

17   _____

18        Pursuant to the Order of the Court adopting the recommendations of the

19   United States Magistrate Judge, and adopting the same as the facts and conclusions

20   of law herein,

21        IT IS ADJUDGED that Judgment be entered denying the Petition and

22   dismissing the action with prejudice.

23

24   DATED: April 10, 2008

25                                               RONALD S.W. LEW

26                                      _____
                                               RONALD S.W. LEW
27                                        United States District Judge

28